ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0189-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSEPH ALLEN DAVIS, | DATE: November 20, 2025
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 20, 2025.

2. By this stipulation, defendant now moves to continue the status conference until January 15, 2026, at 9:30 a.m., and to exclude time between November 20, 2025, and January 15, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and video recordings. All of this discovery has been either produced directly to counsel and/or made available

1  for inspection and copying.

2    b) Counsel for defendant desires additional time review the discovery,
3  conduct defense investigation, and otherwise prepare for trial.

4    c) Counsel for defendant believes that failure to grant the above-
5  requested continuance would deny him the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.

7    d) The government does not object to the continuance.

8    e) Based on the above-stated findings, the ends of justice served by
9  continuing the case as requested outweigh the interest of the public and the
10 defendant in a trial within the original date prescribed by the Speedy Trial Act.

11   f) For the purpose of computing time under the Speedy Trial Act, 18
12 U.S.C. § 3161, et seq., within which trial must commence, the time period of
13 November 20, 2025, to January 15, 2026, inclusive, is deemed excludable pursuant
14 to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
15 continuance granted by the Court at defendant's request on the basis of the Court's
16 finding that the ends of justice served by taking such action outweigh the best
17 interest of the public and the defendant in a speedy trial.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 14, 2025

ERIC GRANT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: November 14, 2025

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
JOSEPH ALLEN DAVIS

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of November, 2025.

_____
Troy L. Nunley
Chief United States District Judge