

| | | |
|---|---|---|
| | **OFFICE OF THE FEDERAL DEFENDER**<br>**Eastern District of California**<br>801 I Street, 3rd Floor<br>Sacramento, California  95814-2510<br>(916) 498.5700   FAX (916) 498.5710 | **HEATHER E. WILLIAMS**<br>Federal Defender<br><br>**PEGGY SASSO**<br>Chief Assistant Defender |

# memorandum

Date:      November 24, 2025

To:         Ms. Michele Krueger, Courtroom Clerk to Hon. Troy L. Nunley

From:    Douglas Beevers, Assistant Federal Defender

Subject: Notice setting hearing in *U.S.A. v. Joseph Allen Davis*, 2:25-CR-00189 TLN

---

The parties have agreed to set a change of plea hearing for Mr. Davis on **December 4, 2025**, at 9:30 a.m.

Many Thanks.


cc:    Mr. Justin Lee
        Assistant U.S. Attorney