UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>v.<br><br>**JOSEPH ALLEN DAVIS ,**<br><br>            Defendant. | CASE NO. **2:25−CR−00189−TLN**<br><br>SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **12/04/2025** |
| Judgment and sentencing date: | **03/26/2026** |
| Reply or statement of non-opposition: | **03/19/2026** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **03/12/2026** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **03/05/2026** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **02/26/2026** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **02/12/2026** |

Dated:   December 4, 2025                    By:   /s/ M. Krueger
                                                                              COURTROOM CLERK