HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
JOSEPH DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00189-TLN-1 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | ) | |
| JOSEPH DAVIS, | ) | |
| Defendant, | ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for  JOSEPH DAVIS, that the sentencing hearing, currently scheduled for March 26, 2026, be continued to April 16, 2026 at 9:30 a.m. U.S. Probation has no objection the new date.

As grounds for the continuance, defense has filed an objection to the pre-sentence report which adds +4 levels for the use of a different firearm to commit a crime (assault) which is pending in Yolo County state court.  Defense needs time to consult with Mr. Davis's Yolo County public defenders regarding his self-defense claim to that pending charge. The evidence regarding that incident is still in the possession of Yolo County Public Defenders.

The Final Pre-sentence report is filed and Formal Objections.  However, the parties further request that the PSR schedule be modified with the new sentencing date, as follows:

-1-

Reply/Non-Opposition due:                              April 2, 2026

Judgment & Sentencing due:                              April 16, 2026


Dated:  March 16, 2026                   Respectfully submitted,
                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Douglas Beevers*
                                         DOUGLAS BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JOSEPH DAVIS

Dated:  March 16, 2026

                                         ERIC GRANT
                                         United States Attorney

                                         /s/ *Justin Lee*
                                         JUSTIN LEE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for March 26, 2026, is CONTINUED to **April 16, 2026, at 9:30 a.m.**

Date: March 16, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE